1  LAWRENCE G. BROWN
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| DONALD GROVES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Acting Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____) | CIVIL NO. 1:09-CV-00537 SMS <br><br> STIPULATION AND ORDER TO EXTEND TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 31 days to respond to Plaintiff's Confidential Letter Brief up to and including October 29, 2009. This extension is being sought because the Appeals Council inadvertently failed to send the administrative transcript to the Commissioner's regional office. Counsel for the Commissioner became aware of this when Plaintiff's law firm reminded her that the response to the letter brief was due. Counsel for the Commissioner investigated the matter, but, through a communication breakdown, was not informed that the transcript had been received and did not discover that had been received until a follow up query from Plaintiff's law firm on October 29, 2009. The Commissioner apologizes for the inconvenience caused by this breakdown.

1 | Counsel for the Commissioner has sent a response to Plaintiff's confidential letter brief today
2 | indicating voluntary remand will not ensue. The parties submit that Plaintiff should now have 30 days to
3 | file an Opening Brief with the Court.

Respectfully submitted,

Dated: October 29, 2009

 */s/Sengthiene Bosavanh*
_____
SENGTHIENE BOSAVANH
(as authorized via telephone)
Attorney at Law

Attorney for Plaintiff

Dated: October 29, 2009

LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:        */s/ Elizabeth Firer*
_____
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

**IT IS SO ORDERED.**

**Dated:    November 3, 2009**            **/s/ Sandra M. Snyder**
                                          **UNITED STATES MAGISTRATE JUDGE**