```
BENJAMIN WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8937
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| DONALD GROVES,                )<br>                                              )<br>        Plaintiff,                       )<br>                                              )<br>        v.                                  )<br>                                              )<br>MICHAEL J. ASTRUE,        )<br>Acting Commissioner of     )<br>Social Security,                    )<br>                                              )<br>        Defendant.                  )<br>_____) | CIVIL NO. 1:09-CV-00537 SMS<br><br>STIPULATION AND ORDER TO EXTEND TIME |

   The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 29 days to respond to Plaintiff's Opening Brief up to and including January 28, 2010.  This extension is being sought because Counsel for the Commissioner has had an extremely heavy work load through the month of December, which included filings in approximately 17 cases in four jurisdictions plus a mediation conference in the Ninth Circuit.  Due to this work load and the absences caused by the federal holidays, Counsel was unable to complete the Commissioner's brief within the original 30 days.

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: January 4, 2010

Respectfully submitted,

*/s/Sengthiene Bosavanh*
_____
SENGTHIENE BOSAVANH
(as authorized via telephone)
Attorney at Law

Attorney for Plaintiff

Dated: January 4, 2010

BENJAMIN WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Elizabeth Firer*
_____
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

**Dated:   January 6, 2010**              /s/ Sandra M. Snyder
                                          **UNITED STATES MAGISTRATE JUDGE**