1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4

5  Attorney for Plaintiff

6

7

8

9              IN THE UNITED STATES DISTRICT COURT FOR

10                 THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 DONDALD GROVES        )
                         )   Case No. 1:09-CV-00537
14                       )
         Plaintiff,      )   STIPULATION AND ORDER
15                       )
   vs.                   )
16                       )
   COMMISSIONER OF       )
17 SOCIAL SECURITY,      )
                         )
18       Defendant.      )
                         )
19

20      IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be

21 granted a 30-day extension of time, until March 14, 2010, in which to serve Plaintiff's Reply

22 brief. All remaining actions under the scheduling order filed, , shall proceed under the time limit

23 guidelines set therein.

24 / /

25 / /

26 / /

27 / /

28

| | | |
|---|---|---|
| 1 | Dated: February 12, 2010 | /s/ Sengthiene Bosavanh |
| 2 | | SENGTHIENE BOSAVANH, ESQ.<br>Attorney for Plaintiff. |
| 3 | | |
| 4 | Dated: February 12, 2010 | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Elizabeth Firer<br>(as authorized via facsimile/e-mail)<br>ELIZABETH FIRER |
| 7 | | Assistant Regional Counsel |

IT IS SO ORDERED.

Dated: February 18, 2010          /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE