Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GROVES ) | Case No. 1:09-CV-00537 |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

    IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30-day extension of time, until March 14, 2010, in which to serve Plaintiff's Reply brief.  All remaining actions under the scheduling order filed, , shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

1 | Dated:  February 12, 2010         /s/ Sengthiene Bosavanh

2 |                                   SENGTHIENE BOSAVANH, ESQ.
                                      Attorney for Plaintiff.
3 |

4 | Dated: February 12, 2010          MCGREGOR SCOTT
                                      United States Attorney
5 |
                                      By: /s/ Elizabeth Firer
6 |                                   (as authorized via facsimile/e-mail)
                                      ELIZABETH FIRER
7 |                                   Assistant Regional Counsel

8 |
          IT IS SO ORDERED.
9 |

10 |
    Dated:   February 18, 2010            /s/ Sandra M. Snyder
11 |                                   UNITED STATES MAGISTRATE JUDGE

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |